UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLINA REYES,

    Plaintiff,                                     CASE NO. 6:10-cv-1859-28KRS

v.

NCC BUSINESS SERVICES,

    Defendant.
_____/

**PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**

    COMES NOW the Plaintiff, CAROLINA REYES ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, NCC BUSINESS SERVICES. ("Defendant"), alleges and affirmatively states as follows:

**INTRODUCTION**

    1.    Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

    2.    Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

    3.    Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

    4.    Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

**PARTIES**

    5.    Plaintiff is a natural person who resides in Orlando, Orange County, Florida and

is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a company with a business office located in Jacksonville, Florida.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant places collection calls to Plaintiff from telephone number: 904-733-3033.

13. Defendant places collection calls to Plaintiff's cellular phone: 978-590-2179.

14. Defendant's representative, Luke, places collection calls to Plaintiff's grandmother's telephone number: 978-208-7261.

15. Defendant disclosed details of Plaintiff's alleged debt to Plaintiff's mother by stating that Plaintiff owes a debt of $1,500.00 (see Exhibit A).

16. Defendant told Plaintiff that it would "put it on her credit" if immediate payment was not made.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

17. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

   a. Defendant violated §*1692b(2)* of the FDCPA by stating Plaintiff owes a debt to Plaintiff's to a third party;

   b. Defendant violated *§1692c(b)* of the FDCPA by communicating with a third party in connection with the collection of Plaintiff's debt;

   c. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff; and

   d. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

20. Statutory damages of $1000.00, pursuant to the FDCPA, 15 U.S.C. 1692k:.

21. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

22. Any other relief that this court deems to be just and proper.

                                        RESPECTFULLY SUBMITTED,

                    By:   ___/s/JamesPacitti_____
                          James Pacitti
                          Krohn & Moss, Ltd
                          10474 Santa Monica Blvd., Suite 401
                          Los Angeles, CA 90025
                          Phone:  (323) 988-2400 x230
                          Fax:    (866) 802-0021
                          jpacitti@consumerlawcenter.com
                          Attorney for Plaintiff
                          FBN: 119768

## **DEMAND FOR JURY TRIAL**

      PLEASE TAKE NOTICE that Plaintiff, CAROLINA REYES hereby demands trial by jury in this action.