UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLINA REYES,

    Plaintiff,                                   CASE NO. 6:10-cv-01859-JA-KRS

v.

NCC BUSINESS SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CAROLINA REYES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ James Pacitti_____
    James Pacitti (FBN: 119768)
    Krohn & Moss, Ltd
    10474 Santa Monica Blvd, Suite 401
    Los Angeles, CA 90025
    Phone: (323) 988-2400 x 230
    Fax: (866) 385-1408
    jpacitti@consumerlawcenter.com
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Ernest H. Kohlmeyer, III, Attorney for Defendant, by the Court's CM/ECF system.

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff
