## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CAROLINA REYES,

       Plaintiff,                          CASE NO.: 6:10-cv-01859-JA-KRS

v.

NCC BUSINESS SERVICES, INC.,

       Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AND PROPOSED ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, CAROLINA REYES, and

Defendant, NCC BUSINESS SERVICES, INC., stipulate, and the Court hereby orders,

as follows:

The dispute between the parties has been settled; therefore, the claims asserted by

Plaintiff, CAROLINA REYES, against Defendant, NCC BUSINESS SERVICES, INC.,

in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed.

R. Civ. P. 41(a)(1)(ii).

Dated:  June 21, 2011                         RESPECTFULLY SUBMITTED,

                                 By:  _/s James Pacitti_____
                                   James Pacitti, Esq.
                                   Krohn & Moss, Ltd
                                   10474 Santa Monica Blvd.,
                                   Suite 401
                                   Los Angeles, CA 90025
                                   Phone:  (323) 988-2400 x 230
                                   Fax:    (866) 385-1408
                                   jpacitti@consumerlawcenter.com
                                   Attorney for Plaintiff
                                   FBN: 119768

Dated:  June 21, 2011                                                RESPECTFULLY SUBMITTED,

                                        By:  _/s/ Ernest H. Kohlmyer, III
                                             Ernest H. Kohlmyer, III Esq.
                                             SOUTH MILHAUSEN, P.A.
                                             Gateway Center
                                             1000 Legion Place, Suite 1200
                                             Orlando, FL 32801
                                             skohlmyer@southmilhausen.com
                                             Phone:  (407) 539-1638
                                             Fax:    (407) 539-2679
                                             Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CIGDEM DOKUMACI,

       Plaintiff,                    CASE NO.8:09-cv-02488-SCB-TGW

v.

MAF COLLECTION SERVICES,

       Defendant.

_____/

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

The Foregoing Stipulation Is Approved And Is So Ordered.

Signed this _____ day of May, 2011

_____
The Honorable Susan C. Bucklew
United States District Judge