**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CAROLINA REYES,**

        **Plaintiff,**

-vs-                                          **Case No. 6:10-cv-1859-Orl-28KRS**

**NCC BUSINESS SERVICES, INC.,**

        **Defendant.**
_____

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Stipulation of Dismissal with Prejudice (Doc. No. 18), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of June, 2011.

*[signature]*
JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party